Plaintiff #1
Randal Wardle   Room 203
Clifton Healthcare Center  (512) 281-2464
625 Probasco Street
Cincinnati, Ohio 45220

Defendant(s)
① Clifton Healthcare Center
625 Probasco Street
Cincinnati, Ohio 45220
(513) 281-2464

② Hughley Hospital and the
Seventh-day Adventist Church
℅ Ted Wilson - President
General Conference office of S.D.A.
12501 Old Columbia Pike
Silver Spring, Maryland 20904
(801) 680-6000

③ Jewish Hospital & Peace Hospital
200 Abraham Flexnar Way
Louisville, Kentucky 40202

Plaintiff #2

Marvin L Newman Room 218
Clifton Healthcare Center (513) 281-2464
625 Probasco Street
Cincinnati, Ohio 45220

Defendant(s)

① Clifton Healthcare Center
625 Probasco Street
Cincinnati, Ohio 45220
(513) 281-2464

② Conspirators for the past 2 years
(keep transferring him from hospital to hospital)

April 28, 2023
Randal Wardle  Room 203  (513) 281-2464
Clifton Healthcare Center
625 Probasco Street
Cincinnatti, Ohio 45220


Ted Wilson - General Conference Office
12501 Old Columbia Pike
Silver Spring, Maryland 20904
(801) 680-6000


Clifton Seventh-day Adventist Church
3800 Clifton Ave.
Cincinnati, Ohio 45220
(513) 221-1221


Don't try to communicate with me in your dreams. I'm not into Spiritualism like even the church is into - going with a multitude to do evil - trying to make the pulpit into a confessional and make me do pennance conspiring to do a communist bill-of-attainder attached to death (as if you tried to murder me by destroying my constitutional rights); as if the world won't end as if isn't some Sunday

law. It wasn't anyone's business that I'd been gay as Martin told me to tell my mother that I was housesitting when he asked me to move in and when Richard (my brother) and his church freinds came to visit, he told me to use Martin for everything he had - It was only a $29,000 1 bedroom condo and I told them to leave and never come back - Richard and his freinds were sharing an efficiency appartment that was unfurnished in and I tore up the letter Martin wrote - promissing to pay me back someday - stealing all my paychecks with the overtime on them (16 - 24 hrs/day 7-days a week) in taking x-Rays at Parkland Hospital. I'd gone to college to become a Radiologic Technologist as it is allright to do good on the Sabbath and work even on the Sabbath in a Hospital. Robert Chester brags that he denied me my right to buy and sell and the bank pretends they supported him - letting him forge my signature

to a bank loan; as if I was helping him go into business at the Aparel Mart - he'd promissed to deed to me his rent house if I'd get him the loan, and even conned me - haveing me take off work; telling me he was a delegate to the Democratic convention and I was an alternate delogate... but he took me to a reshraund instead where we ordered steak and escargot and I slipped him the money under the table to pay for my dinner; as if he was my man... but they date rape drugged me and I didn't get to finish my food but woke up in a Jewelry Store and he had me write him a check to buy a $500 gold piece to hang on the gold chain around his neck... pretending he got by with being my whore... as I filed chapter 13 bankruptcy instead of sueing him for swindleing me. I'd got him out of jail and had agreed to take him for better or worse - mistaking love for marriage and the church taunts me I have to bankrupt over God to prove I love Him

as much as I loved Martin... but I did it for God the first time and God is the only one that would bankrupt me as I turned down all the men after I left him behind, bankrupting all His creation of Heaven and earth to get me paid damages and out of bondage. I left Martin behind as he tried to start a 3-way with Cavny Carrol and Martin said he didn't know I felt that way about him so God is showing me His unadulterated love and I'd mistaken love for marriage and took Martin for better or worse so as Christ's servant I've taken up my cross and followed Him as He doesn't lead back to Calvary but down the strait and narrow to those pearly gates... and even there, I'll cast my crown at Jesus feet and sit on the grass and learn more of Christianity throughout eternity; How to be my brother's keeper and not try to upstage Christ as I won't make myself into a golden calf here below like Marylin and Elvis did

Minimum Settlement
I. $50 million down
II. $15 million/month; Starting May 19, 2023
forever

Randal Wardee
Room 203

and My Mother's cousin; Donna Myers Needs to be locked up - leaving me to starve - She wanted me to marry her Son and support him - admitting it takes alot to live and even Martin's mother has to be locked up for stalking me - wanting me to support her as I'm no longer gay and Not even the TV will get by with looting my success as their own; and even Pastor Jim Gilley taunts me he's been to bed with a richer man than I have but Martin introduced me to the fashion industry where I could earn $1 Billion/a year with my own exclusive image
• and radio

April 10, 2023
Randal Wardle Room 203 W[...] (513) 281-2464
Clifton Healthcare Center
625 Probasco Street       APR 13 2023
Cincinnati, Ohio 45220
                         DEBORAH S. HUNT, Clerk
Randal Wardle v Clifton Healthcare Center & co-conspirators

Religious Persecution Compensation * of Seductive Harrass-
ment oppression damages and Illegal detainment; abuse/
inhumane living conditions/treatment in mutilating me with
malnutrition and won't even take me to get a haircut; as if
I'll be their girl; as if I'm a hippie - forcing my domocille
in this retirement center and communal living... so even whore
the retirees run up and down the halls naked... Finally, they
offered to braid my hair - treating me like a nigger; as if I'm
competing with Michael Jackson and Little Richard... taun-
ting me I look like a rock star but Michael Jackson wore
make-up and had plastic surgery - trying to be white while
I'd become the pretty boy I'd always dreamed of after May
Etta - facialist put make-up on me and wanted to get on
TV'; as if I was going to get married and she wanted to
share my success... but I lifted weights and wasn't
interested in being the best looking ladies fromd who
waved to me me from the whirlpool - trying to get my
attention when I looked-up - tanning on the diving board
and could care less if she's a high priced whore... taunting
me she'll look me up after I get the billions.
I only have to honor my father and mother - not
every nigger trying to be a whore too. The black
employee refused to give me her name. She
followed me into my restroom and continued to
scream at me in telling me not to call
her a nigger white rubbing her breasts all over
my back... and can't kiss and make up like
the blacks did to Joe Cooper who couldn't
talk (@ Terrell State Hospital in Texas) I reported
them for abusing him and told the Governor
to pay him damages & and so the black employees
started letting him sleep on their laps instead
of stopping the drugs that made him sleep
* discrimination, I'm a Seventh-day Adventist ** 500 million

24 hours/day - only waking him up to change his diapers. And not only gave me a pill to do my thinking for me and a hypnotic pill and sent me to the UT Health Science Center @ Tyler where Henry - a black muscle man tried to steal a kiss and treated me for premature ejaculation but I hadn't had a wet dream like I did long before, and didn't get off.

The blacks pick a fight every time I ask for food as pork is against my religion (not just cheese and coffee) Our church even has a 5-day plan to stop smoking and a health message but ruined their soy meats - adding a lot of fat like my sister, Judith M. Wilson tried to feed me - adding it to the beans and I had to flush them down the toilet. And Omega oils are a con job that Swanson Health Products tries to sell like their ~~hemp~~ hemp products and claim there is harmless bacteria like they use to make yogurt and try to sell it in a pill... and their HCL products causes freckles on my arms (31)

in taunting me Western State Hospital drugged me up with meth* as I wouldn't give up my religion - singing Glory Hallelujah and I won't give up my trust in God - as He will deliver me from death. It isn't all talk

I'd fled from Dallas, Texas (Oaklawn) as they even put me out of business to starve me into submission to go to bed with the men in Oaklawn, cancelling my medical liscenses because I had bad credit (not because I sucked a black man's cock after being date rape drugged and woke-up during his abdominal x-ray... but I wasn't an employee and didn't know how I got there. An alcoholic that I offered to take to AA offered me $3000 or $2500 all night, I replied that I charged $1million or all night free as he can't buy love... and when I told Ed Smith - IRS

* trying to make me helpless in their arms

attorney that he had it made and turned him down - offering me $1000 as he'd pay that much for dinner. but the Alcoholic told me to hold out for my million and the insane men tried to entice me with free cars. David Adams even tried to kidnap me, as if he was rich and lived in a Highland Park mansion with his mother - spending her time in Europe - looking for another husband... but I'd alleady been swindled by my university man - all David had going for him was as he was some ugly duckling like Chelsea Clinton and ya'll won't get by with destroying my self determination as I had all 10 talents - everything goin for me.

Pay me:

I. $15 million down plus $3 million tithe/offerings

II $250,000/month; starting last May 14, 2021 (my 65th birthday) I don't have to retire and will need help to find a home of my own.

Pay the black guy in Room 218 (Marvin L Newman)

I. $500,000 (seperation of property) ** I only owned my personal property of chose in action and I shouldn't have been brought here. Joe Biden should have been made to pay

II $1,000/day that Marvin is on the locked ward

III $50,000/month for loss of profession ¥ - from the last day he worked or backdated 3 years, as that is how long ago he said he was date rape drugged... as they didn't want to pay his brother who they drugged up on Meth but claimed it had made him suicidal... trying to take them for every¢ thing they had and helped him swindle Marvin instead - Marvin was his younger brother (58 years of age) and had to make early withdrawels to live on - not for his brother to retire on and does N't have Roundal to support him.

Wardle ***** As he barely has enough to live on - a meager pittance of Alcoholic ** house and can -social security retirement and locked him up with he has a 5 year business degree ***** from his IRA count