# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| RANDAL WARDLE, | : |
| *Plaintiff(s)*, | : |
| v. | : Case No. 1:23-cv-263 |
| CLIFTON HEALTHCARE CENTER, et al., | : Judge Jeffery P. Hopkins |
| *Defendant(s)*. | : |

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the June 15, 2023 Order, the Magistrate Judge's May 15, 2023 Report and Recommendation (Doc. 4) is **ADOPTED** in its entirety. Plaintiff's Complaint is **DISMISSED** with prejudice, and Plaintiff is **DENIED** leave to appeal *in forma pauperis*.

Dated: June 15, 2023

*Issuing officer's signature*

Deputy Clerk

Richard W. Nagel, Clerk, U.S. District Court

*Printed name and title*